UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> MARIANA ROSMELY AGUASVIVA, <br><br> Defendant | Criminal No. 21cr10033 <br><br> Violations: <br><br> Count One: Aggravated Identity Theft <br> (18 U.S.C. § 1028A(a)(1)) <br><br> Count Two: False Representation of Social Security Number <br> (42 U.S.C. § 408(a)(7)(B)) |

INDICTMENT

COUNT ONE
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury charges:

On or about May 4, 2016, in Boston, in the District of Massachusetts, the defendant,

MARIANA ROSMELY AGUASVIVA,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Representation of Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count Two.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT TWO
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The Grand Jury further charges:

On or about May 4, 2016, in Boston, in the District of Massachusetts, the defendant,

MARIANA ROSMELY AGUASVIVA,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with the intent to deceive, falsely represent a number to be the social security number assigned by the Commissioner of Social Security to her on a Registry of Motor Vehicles application, when in fact such number is not the social security number assigned by the Commissioner of Social Security to her.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

_____
FOREPERSON

_____
FRED M. WYSHAK, III
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JANUARY 28, 2021
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK