UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
    v.                     )     Criminal No.  21-10033-DPW
                           )
MARIANA ROSMELY         )
AGUASVIVA,            )
         Defendant     )
                           )

## JOINT STATUS REPORT

The United States of America and the defendant, MARIANA ROSMELY AGUASVIVA ("Defendant"), through their respective counsel, hereby submit this joint Status Report pursuant to the Court's Order, dated March 22, 2022.  *See* Docket Entry 46.

The parties continue to engage in plea negotiations.  However, no agreement has been reached at this time and no agreement is foreseeable in the immediate future.  While both parties possess the present intention to explore possible pre-trial resolutions, a trial appears to be reasonably likely.  Therefore, the parties jointly request that the Court issue a trial order.  The Court has previously set a trial date of September 26, 2022.  See Docket Entry 46.  Should the parties reach an agreement resolving this case short of trial, they will notify the Court forthwith.

Respectfully submitted,

MARIANA ROSMELY AGUASVIVA        RACHAEL S. ROLLINS
By her attorney,                  United States Attorney


 /s/ *Alyssa Hackett*             By: /s/  *Fred M. Wyshak, III*
ALYSSA HACKETT                 FRED M. WYSHAK, III
Counsel for Defendant             Assistant U.S. Attorney
Federal Public Defender Office        U.S. Attorney's Office
51 Sleeper Street, 5th Floor          One Courthouse Way, Suite 9200
Boston, Massachusetts 02210         Boston, Massachusetts 02210

Date:   April 22, 2022

## Certificate of Service

I hereby certify that this document filed through the ECF system on April 22, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:     /s/  *Fred M. Wyshak, III*
FRED M. WYSHAK, III
Assistant U.S. Attorney